

FILED
JAN 13 2021
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

Hannah Parton for myself,
military, and sports
community, along with family.
Name of plaintiff(s)

v.

Medtronic +
Donald Trump
Michael Rubens Bloomberg
Name of defendant(s)

Case No. 3:21-mc-6 Varlan/Poplin
(to be assigned by Clerk)

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Please see attached. Medical Kidnapping by unseen means.

2. Plaintiff, Hannah Parton resides at
1600 Pennsylvania Ave, N.W., Washington
street address / city

(District of Columbia), DC, 20500, 865-232-2619
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

Classified, to be declassified immediately.

1

3. Defendant, Donald J. Trump (In Custody) lives at, or its business is located at
1600 Pennsylvania Ave. NW , Washington ,
  street address                                                city
(District of Columbia) , D.C. , 20500 .
  county                        state      zip code

(if more than one defendant, provide the same information for each defendant below)
Michael Rubens Bloomberg
731 Lexington Ave
New York, NY 10022


4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Illegally enforced by extreme violence medical equipment that is connected to vital organs, + connected through veins. Falsely Imprisoned by means unseen.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. $999T, $999T, $999T, $999T, $999T, $999T, $999T, $999T, $999T, $999T, $999T, $999T

   b. Order immediate security services, and personal drivers for all.

   c. Allow All victims copies of their own medical scans to have on them.

   d. Criminal charges. life in prison for all involved, no parole.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this  15th  day of  November , 20 20 .

_____
Signature of plaintiff (s)

• Funds will be dispersed immediately to Law office of Alexandra Kennedy Mathers, c/o Hannah Parton Capital One.

3

# Affidavit of Identity

State: Tennessee

County: Knox

I, the undersigned, being of sound mind and body, do attest and confirm the following facts:

1. My legal name is as follows: Hannah Parton.

2. My present address is as follows:

   1600 Pennsylvania Ave. NW
   Washington, DC 20006

3. My date of birth is April 29th, 1978.

4. I provided the following form of identification to the Notary Public to prove my identification:

   Court Records

5. This Affidavit of Identity is being sworn for the following reason:

   I'm the Grand-Daughter of the 35th President of the United States, John F. Kennedy, and Queen Elizabeth. I'm also a Federal Official with National Jurisdiction Powers. Any one who attempts to harm me, or my family members are subject to be held criminally accountable, to the fullest extent under 18 U.S. Code 1751 Presidential and Presidential staff assassination, kidnapping, and assault penalties, and is subject to Death Penalty.

6. I am aware that any false information on this Affidavit of Identity is punishable to the fullest extent of the law, up to and including monetary fine or imprisonment.

7. The below is my true and correct signature.

I swear under penalty of perjury that I am the party described above and that all statements in this Affidavit of Identity are true.

**Hannah Parton**

Signature: /s/ Namrata Patel

Date: May 16, 2017

ACKNOWLEDGMENT

STATE OF Tennessee )
) ss
COUNTY OF Knox )

Subscribed and sworn to before me this 16th day of May, 2017.

_____
NOTARY PUBLIC

My Commission Expires:

April 4, 2020

(SEAL)



MY COMMISSION EXPIRES
APRIL 4, 2020

# 18 U.S. Code § 1751. Presidential and Presidential staff assassination, kidnapping, and assault; penalties

U.S. Code     Notes

**(a)** Whoever kills (1) any individual who is the President of the United States, the President-elect, the Vice President, or, if there is no Vice President, the officer next in the order of succession to the Office of the President of the United States, the Vice President-elect, or any person who is acting as President under the Constitution and laws of the United States, or (2) any person appointed under section 105(a)(2)(A) of title 3 employed in the Executive Office of the President or appointed under section 106(a)(1)(A) of title 3 employed in the Office of the Vice President, shall be punished as provided by sections 1111 and 1112 of this title.

**(b)** Whoever kidnaps any individual designated in subsection (a) of this section shall be punished (1) by imprisonment for any term of years or for life, or (2) by death or imprisonment for any term of years or for life, if death results to such individual.

**(c)** Whoever attempts to kill or kidnap any individual designated in subsection (a) of this section shall be punished by imprisonment for any term of years or for life.

**(d)** If two or more persons conspire to kill or kidnap any individual designated in subsection (a) of this section and one or more of such persons do any act to effect the object of the conspiracy, each shall be punished (1) by imprisonment for any term of years or for life, or (2) by death or imprisonment for any term of years or for life, if death results to such individual.

**(e)** Whoever assaults any person designated in subsection (a)(1) shall be fined under this title, or imprisoned not more than ten years, or both. Whoever assaults any person designated in subsection (a)(2) shall be fined under this title, or imprisoned not more than one year, or both; and if the assault involved the use of a dangerous weapon, or personal injury results, shall be fined under this title, or imprisoned not more than ten years, or both.

**(f)** The terms "President-elect" and "Vice-President-elect" as used in this section shall mean such persons as are the apparent successful candidates for the offices of President and Vice President, respectively, as ascertained from the results of the general elections held to determine the electors of President and Vice President in accordance with title 3, United States Code, sections 1 and 2.

**(g)** The Attorney General of the United States, in his discretion is authorized to pay an amount not to exceed $100,000 for information and services concerning a violation of subsection (a)(1). Any officer or employee of the United States or of any State or local government who furnishes information or renders service in the performance of his official duties shall not be eligible for payment under this subsection.

**(h)** If Federal investigative or prosecutive jurisdiction is asserted for a violation of this section, such assertion shall suspend the exercise of jurisdiction by a State or local authority, under any applicable State or local law, until Federal action is terminated.

**(i)** Violations of this section shall be investigated by the Federal Bureau of Investigation. Assistance may be requested from any Federal, State, or local agency, including the Army, Navy, and Air Force, any statute, rule, or regulation to the contrary notwithstanding.

**(j)** In a prosecution for an offense under this section the Government need not prove that the defendant knew that the victim of the offense was an official protected by this section.

**(k)** There is extraterritorial jurisdiction over the conduct prohibited by this section.

(Added Pub. L. 89–141, §1, Aug. 28, 1965, 79 Stat. 580; amended Pub. L. 97–285, §§3, 4(a), Oct. 6, 1982, 96 Stat. 1220; Pub. L. 103–322, title XXXII, §320101(e), title XXXIII, §§330016(1)(K), (L), 330021(1), Sept.

Hannah Matthews Parton
201 W. Springdale Avenue
Knoxville TN 37917

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

Case No. 3:20-mc-00058-TAV-DCP

**NOTICE REGARDING REQUIREMENT TO NOTIFY COURT OF CHANGE OF ADDRESS**

**Local Rule 83.13 – Parties not represented by counsel (pro se):**

It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. <u>Notification of a change of address must be accomplished by filing a Notice with the Clerk and service of the Notice upon all other parties within 14 days of the change of address.</u> In addition, a party appearing for himself/herself shall sign his/her pleadings and include his/her address and telephone number. <u>The failure of a pro se plaintiff to timely respond to an order or pleading addressed to the last address provided to the Clerk may result in dismissal of the case or other appropriate action.</u> Parties proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure and these rules.